IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| R&D Financial Group, LLC, a Nevada Limited Liability Company, | ) ) ) | C.A. No. 6:08-3226-HMH |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | **OPINION & ORDER** |
| Absolute Auto Sales, LLC, a South Carolina Limited Liability Company and Scott Wilson, a/k/a Scott Anderson, | ) ) ) ) | |
| Defendants. | ) | |

    R&D Financial Group, LLC, and Absolute Auto Sales, LLC, are hereby ordered to inform the court of the citizenship of all of their members for the purpose of determining whether the requirements of federal subject matter jurisdiction are satisfied.  See 28 U.S.C. § 1332; Gen. Tech. Applications, Inc. v. Exro Ltda, 388 F.3d 114, 120 (4th Cir. 2004).  R&D Financial Group and Absolute Auto Sales are ordered to respond within ten (10) days of the date of this order.

    **IT IS SO ORDERED.**

                                                        s/Henry M. Herlong, Jr.
                                                        United States District Judge

Greenville, South Carolina
January 7, 2009

2