IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| R&D Financial Group, LLC, a Nevada Limited Liability Company, | ) ) ) | C.A. No. 6:08-3226-HMH |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | **OPINION & ORDER** |
| Absolute Auto Sales, LLC, a South Carolina Limited Liability Company and Scott Wilson, a/k/a Scott Anderson, | ) ) ) ) | |
| Defendants. | ) | |

    R&D Financial Group, LLC, is hereby ordered to inform the court of the state of residence of each of its members for the purpose of determining whether the requirements of federal subject matter jurisdiction are satisfied.  See 28 U.S.C. § 1332; Gen. Tech. Applications, Inc. v. Exro Ltda, 388 F.3d 114, 120 (4th Cir. 2004).  R&D Financial Group is ordered to respond within five (5) days of the date of this order.

    **IT IS SO ORDERED.**

                                            s/Henry M. Herlong, Jr.
                                            United States District Judge

Greenville, South Carolina
January 20, 2009